IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEPARD JOHNSON,

        Plaintiff,                    No. CIV S-10-1968 GEB GGH PS

    vs.

CHESTER MITCHELL, et al.,

                                    ORDER

        Defendants.

_____/

        Plaintiff, who proceeds in pro se, moves for leave to file his papers electronically.

        The local rules of this court provide that "Any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." E. D. Cal. L. R. 133(b)(2). Requests to use electronic filing may be submitted as written motions setting out an explanation of reasons for the requested exception. E. D. Cal. L. R. 133(b)(3).

        Plaintiff's request does not provide reasons supporting his request; however, at hearing plaintiff explained that he has experience using electronic filing in other courts. Plaintiff thus far has not exhibited abuse of the filing process.

        For good cause shown, plaintiff's motion shall be granted. However, the court will carefully monitor plaintiff's filings to assess their reasonableness. Should the court discern

any unreasonably expansive filings, either in number or volume, this order will be vacated.

Accordingly, plaintiff's motion for leave to electronically file all further papers in this case is GRANTED. Plaintiff shall, within 10 days, register at <www.caed.uscourts.gov> to participate in this court's Case Management /Electronic Case Filing system.

IT IS SO ORDERED.

DATED: February 4, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076/Johnson1968.ecf.wpd