1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHEPARD JOHNSON,

11          Plaintiff,                        No. 2:10-cv-1968 GEB GGH PS

12      vs.

13   CHESTER MITCHELL, et al.,
                                              ORDER
14
            Defendants.
15

16   _____/

17          On June 26, 2012, the magistrate judge filed findings and recommendations

18   herein which contained notice that any objections to the findings and recommendations were to

19   be filed within fourteen days.  (Dkt. No. 210.)  No objections were filed.[1]  Accordingly, the court

20   presumes any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th

21   Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi

22   Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

23

24        [1] Defendant Ford Hermanson filed objections to the magistrate judge's contemporaneous
     order setting a hearing on the issue of defendant Ford Hermanson's domicile.  (Dkt. No. 211.)
25   However, those objections were unrelated to the findings and recommendations regarding
     defendant Patricia Hermanson's motion to dismiss for lack of personal jurisdiction pending
26   before the undersigned.

                                              1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4        1.  The findings and recommendations (dkt. no. 210) are ADOPTED IN FULL.

5        2.  Defendant Patricia Hermanson's motion to dismiss for lack of personal

6  jurisdiction (dkt. no. 193) is GRANTED IN PART and plaintiff's claims against defendant

7  Patricia Hermanson are SEVERED under Fed. R. Civ. P. 21 and TRANSFERRED to the United

8  States District Court for the District of Minnesota.

9  Dated:  July 18, 2012

10

11  _____
    GARLAND E. BURRELL, JR.
12  Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2